**Order entered November 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00562-CV

## IN THE MATTER OF D.L., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-19-01412-X**

## ORDER

The reporter's record in this case is overdue. By postcard dated July 7, 2020, we notified Court Reporter Pamela Sumler the reporter's record was overdue in this case. A few days later, Ms. Sumler notified the Court she had not received a request for preparation of the record. We later ordered the appeal submitted without the record. Thereafter, we received an order of appointment of counsel from the trial court, and appellant's counsel filed a docketing statement indicating appellant is entitled to proceed in this appeal without payment of costs and a copy of his August 27, 2020 request for the reporter's record.

By order dated September 17, we vacated our prior order submitting the case without a reporter's record and ordered Ms. Sumler to file the record within thirty days. To date, Ms. Sumler has not filed the reporter's record nor otherwise corresponded with the Court regarding the reporter's record. So that this appeal can proceed, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the reporter's record within **FIFTEEN DAYS**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl Lee Shannon
Presiding Judge
305th Judicial District Court

Ms. Pamela Sumler
Official Court Reporter
305th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE